**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00307-CV

### JOHN GOIN, Appellant

### V.

### HOPE CRUMP, Appellee

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-03801-D**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 11, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID EVANS
PRESIDING JUSTICE